IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Alisa Tongg Weiler,                          :
                    Appellant                :
                                             :
          v.                                 :          No. 1303 C.D. 2021
                                             :
Stroud Township Zoning Hearing              :
Board and Stroud Township                   :


**PER CURIAM**                    **O R D E R**

NOW, September 20, 2023, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is DENIED.